IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. CR 09-265-N-BLW |
| Plaintiff,  ) | |
| ) | **REPORT AND** |
| v.  ) | **RECOMMENDATION** |
| ) | |
| JOSE LUIS CRUS HERNANDES,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

On March 16, 2010, Defendant JOSE LUIS CRUS HERNANDES appeared before the undersigned United States Magistrate Judge to enter a change of plea.. The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Docket No. 1), the maximum penalties applicable, his constitutional rights, and the impact that the Sentencing Guidelines will have.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

REPORT AND RECOMMENDATION - 1

## **RECOMMENDATION**

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1) The District Court accept Defendant JOSE LUIS CRUS HERNANDES's plea of guilty to Count 1 of the Indictment (Docket No. 1), and that a pre-sentence report be ordered.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: March 16, 2010.

CANDY WAGAHOFF DALE
CHIEF UNITED STATES MAGISTRATE JUDGE